IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MICHAEL BERG,

        Defendant.

    and,

OREGON DEPARTMENT OF REVENUE,

        Garnishee.

3:10-cv-01582 MO

**ORDER TO DISMISS GARNISHMENT**

Upon motion of the United States of America, it is hereby ORDERED that the garnishment in the above named action be dismissed pursuant to 28 U.S.C. § 3205(c)(10)(C).

DATED this __19__ day of October, 2016.

        /s/ Michael W. Mosman
        HONORABLE MICHAEL W. MOSMAN
        United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

/s/Kathleen L. Bickers
Kathleen L. Bickers
Assistant United States Attorney